UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUMBERLAND PACKING CORP., a corporation,<br><br>          Plaintiff,<br><br>    v.<br><br>MEDITERRANEAN SHIPPING COMPANY S.A., a foreign corporation; MEDITERRANEAN SHIPPING COMPANY (USA) INC., a corporation,<br><br>          Defendants. | Case No. 4:26-cv-01220-KAW<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE PER F.R.C.P. 41**<br><br>Complaint filed:  February 9, 2026 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE PER F.R.C.P. 41
Case No. 4:26-cv-01220-KAW; Our File No. 5481.32

Having read and considered the STIPULATION OF DISMISSAL, and good cause appearing therefor,

IT IS SO ORDERED that the case is dismissed as to all defendants with prejudice, with each party to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated: June 5, 2026

Honorable Kandis A. Westmore
UNITED STATES DISTRICT COURT
Northern District of California

ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE PER F.R.C.P. 41
Case No. 4:26-cv-01220-KAW; Our File No. 5481.32